# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| TERESA ANDERSON,<br><br>Plaintiff,<br><br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:20-cv-01457-RSL<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT FOR BREACH OF CONTRACT, BAD FAITH, AND VIOLATION OF THE INSURANCE FAIR CONDUCT ACT** |

Plaintiff Teresa Anderson ("Plaintiff") and Defendant The Lincoln National Life Insurance Company ("Lincoln") have filed their Stipulated Motion for Extension of Time for an extension of time, up through and including November 16, 2020, for Lincoln to answer or otherwise respond to Plaintiff's Complaint For Breach of Contract, Bad Faith, and Violation of the Insurance Fair Conduct Act ("Complaint").

IT IS HEREBY ORDERED that Defendant shall answer or otherwise respond to Plaintiff's Complaint no later than November 16, 2020.

DATED: October 20, 2020

*/s/ Robert S. Lasnik*
JUDGE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT - 1
Case No. 2:20-cv-01457-RSL

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 207-387-2986

Presented By:

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: */s/ Russell S. Buhite*
    Russell S. Buhite, WSBA # 41257
    1201 Third Avenue, Suite 5150
    Seattle, WA 98101
    Telephone: (206) 693-7057
    Facsimile: (206) 693-7058
    Email: russell.buhite@ogletree.com

*Attorneys for Defendant The Lincoln National Life Insurance Company*

Approved as to Form; Presentation Waived

NELSON LANGER ENGLE, PLLC

By: */s/ Aaron I. Engle*
    Aaron I. Engle, WSBA #37955
    12055 15th Avenue NE, Suite 100
    Seattle, WA 98125
    Telephone: (206) 623-7520
    Facsimile: (206) 622-7068
    Email: AaronE@nlelaw.com

*Attorneys for Plaintiff Teresa Anderson*

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT - 2
Case No. 2:20-cv-01457-RSL

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 207-387-2986