Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

TERESA ANDERSON,

    Plaintiff,

vs.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, a foreign corporation,

    Defendant.

Case No.: 2:20-CV-01457 RSL

**ORDER OF DISMISSAL**

BASED ON THE STIPULATION OF THE PARTIES, it is hereby

ORDERED that the above-captioned matter is dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

DONE IN OPEN COURT this  8th   day of April 2021.

*/s/ Robert S. Lasnik*
HONORABLE ROBERT S. LASNIK

ORDER OF DISMISSAL – 1
File Number 204801

NELSON LANGER ENGLE, PLLC
12055 15th Avenue NE, Suite 100
Seattle, Washington 98125
T: 206.623.7520  F: 206.622.7068